**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
SALMAN VAKIL,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN VAKIL,<br><br>    Plaintiff,<br><br>    vs.<br><br><br>GC SERVICES, LP,<br><br>    Defendant(s), | Case No.: 8:20-cv-00458-JLS-DFM<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, SALMAN VAKIL, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as

- 1 -

possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Dated: May 5, 2020 | **MARTIN & BONTRAGER, APC** |
|  | By: <u>/s/ G. Thomas Martin, III</u> |
|  | G. Thomas Martin, III<br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.