JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN VAKIL, | ) Case No. 8:20-cv-00458-JLS-DFM |
| | ) |
| Plaintiff(s), | ) ORDER STAYING ACTION PENDING FINAL |
| | ) SETTLEMENT, REMOVING CASE FROM |
| v. | ) ACTIVE CASELOAD, AND FILING OF |
| | ) DISMISSAL |
| GC SERVICES, LP. | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

On May 5, 2020, Plaintiff filed a Notice of Settlement (doc. 10), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

///

///

The parties shall file a Stipulation of Dismissal no later than July 6, 2020. If no dismissal is filed, the Court deems the matter dismissed at that time.

The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

DATED: May 05, 2020

_____
**JOSEPHINE L. STATON**
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2