**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
SALMAN VAKIL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALMAN VAKIL,<br><br>    Plaintiff,<br><br>vs.<br><br>GC SERVICES, LP,<br><br>    Defendant(s). | Case No.: 8:20-cv-00458-JLS-DFM<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

   NOW COMES Plaintiff, SALMAN VAKIL ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

- 1 -

VOLUNTARY DISMISSAL

|   |   |   |
|---|---|---|
| 1 |   | RESPECTFULLY SUBMITTED, |
| 2 | Dated: June 17, 2020 | **MARTIN & BONTRAGER, APC** |
| 4 |   | By: /s/ G . Thomas Martin, III |
| 5 |   | G . Thomas Martin, III |
| 6 |   | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G . Thomas Martin, III
G . Thomas Martin, III, Esq.